UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER STRICKLAND, | ) |
| Plaintiff, | ) No. 3:13-cv-01085 |
| | ) Senior Judge Haynes |
| v. | ) |
| MERCK & CO., INC, and MERCK & CO., INC., MEDICAL, DENTAL, AND LONG TERM DISABILITY PROGRAM FOR NON-UNION EMPLOYEES | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for judgment on the record (Docket Entry No. 15) is **GRANTED**, and the Plaintiff's motion for judgment on the pleadings (Docket Entry No. 27) is **DENIED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 23rd day of March, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge